UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION** | **CIVIL ACTION** |
| **VERSUS** | **NO: 11-1507** |
| **TEXTRON INC., ET AL.** | **SECTION: "H"** |

## ORDER

**IT IS ORDERED** that a status conference is **SET** in this matter for September 14, 2015 at 3:00 p.m.

New Orleans, Louisiana, on this 3rd day of September, 2015.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**